```
                    UNITED STATES DISTRICT COURT
                  FOR THE DISTRICT OF RHODE ISLAND
```

NAOMI TIRADO,

    Plaintiff,

        v.                                CA No. 23-cv-435-WES

PROSPECT CHARTERCARE SJHSRI, LLC

    Defendants.

## JUDGMENT

    This action came to be heard before the Court and a decision has been rendered. Upon consideration whereof, it is now hereby ordered, adjudged, and decreed as follows:

    Pursuant to the Text Order entered on January 18, 2024, and in accordance with Fed. R. Civ. P. 58., judgment is entered dismissing this civil action without prejudice.

    It is so ordered.

January 18, 2024                    By the Court:

                                           /s/ William E. Smith
                                           United States District Judge